American Soda Fountain Company, *Plaintiff in Error*, vs. Plaza Marina, Inc., a corporation, *Defendant in Error*.

136 So. 469.

Division A.

Opinion filed August 7, 1931.

*B. M. Skelton* and *Moreland Maddox*, for Plaintiff in Error;

No appearance for Defendant in Error.

Per Curiam.—The writ of error in this case is addressed to a judgment for cost only after verdict in favor of defendant.

In Hall vs. Patterson, 45 Fla. 353, 33 Sou. 982, and in C. W. Zaring & Co. vs. A. Lee Humphress, 68 Fla. 6, 65 Sou. 665, it was held:

"A judgment for costs alone, the merits not being adjudicated, though entered for defendant after the jury have found a verdict in his favor, is not such final judgment as will support a writ of error."

The writ of error should be dismissed. It is so ordered.

Dismissed.

Buford, C.J., and Whitfield, Terrell, Brown and Davis, J.J., concur.